B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court

## Northern      District of ____Illinois____

In re:   Audrey James-Barze                    Case No.  ____10 B 57098____
         Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

[  ] GRANTED.

> This order is subject to being vacated at a later time if developments in the administration of the
> bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

> The debtor shall pay the chapter 7 filing fee according to the following terms:
>
> $ __74.75__ on or before 1/28/2011
>
> $ __74.75__ on or before 2/25/2011
>
> $ __74.75__ on or before 3/25/2011
>
> $ __74.75__ on or before 4/28/2011
>
> Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
> additional property to an attorney or any other person for services in connection with this case.
>
> IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
> INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[  ] SCHEDULED FOR HEARING.

> A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
> on _____ at _____ : AM/PM at _____.
>                                              (address of courthouse)

> IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
> DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
> DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: January 7, 2011          _Pamela S Hollis_

United States Bankruptcy Judge

|  |  |  |
|---|---|---|
|  | ) | **Chapter 7** |
| **In re:** | ) |  |
|  | ) |  |
| **Audrey James-Barze,** | ) | **Bankruptcy Case No.: 10 B 57098** |
|  | ) |  |
| **Debtor(s).** | ) | **Honorable Pamela S. Hollis** |

## CERTIFICATE OF SERVICE

I, Annette McClendon, certify that on January 7, 2011, I caused copies of the attached **ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE** dated January 7, 2011 to be served on the parties listed below via First Class Mail (**) or electronically via the Court's electronic notification system to:

**Debtor**
Audrey James-Barze (**)
2155 W 121st Street
Blue Island, IL 60406

**Trustee**
David P Leibowitz, ESQ
Leibowitz Law Center
420 Clayton Street
Waukegan, IL 60085-4232

**U.S. Trustee**
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

*Annette McClendon*

Annette McClendon

Relief Courtroom Deputy